UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EDWARD NIKOLAYAN, AP5087, <br><br>Petitioner. | Case No. 18-cv-04514-CRB (PR) <br><br>**ORDER OF DISMISSAL** |

On July 26, 2018, the clerk filed as a new prisoner action a letter from petitioner asking for help in connection with an upcoming state parole eligibility hearing. On that same date, the court notified petitioner in writing that the action was deficient because petitioner did not file an actual complaint or petition, or pay the requisite $5.00 filing fee or submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: September 7, 2018

_____

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKOLAYAN,

    Plaintiff,

  v.

,

    Defendant.

Case No. 3:18-cv-04514-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Nikolayan ID: AP5087
Correctional Training Facility
P.O. Box 705
Soledad, CA 93960

Dated: September 7, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Lashanda Scott, Deputy Clerk to the
    Honorable CHARLES R. BREYER